# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA JOHNSON,<br><br>Defendant. | No. CR 01-3046-MWB<br><br>**ORDER VACATING, IN PART, CONVICTIONS AND SENTENCES AND DIRECTING ENTRY OF AMENDED JUDGMENT** |

_____

This matter comes before the court pursuant to the September 28, 2007, Mandate (docket no. 743 in this case) from the Eighth Circuit Court of Appeals in accordance with that court's opinion and judgment of July 30, 2007. The opinion and judgment of the Eighth Circuit Court of Appeals (docket nos. 741 and 742) remanded to this court to vacate Angela Johnson's multiplicitous convictions and sentences for "conspiracy murder" in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2 in Counts 1 through 5 of the Second Superseding Indictment (docket no. 233), in light of the convictions and sentences for "CCE murder" in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2 in Counts 6 through 10, of that Indictment. On October 6, 2008, the United States Supreme Court denied Angela Johnson's petition for writ of certiorari. *See* docket no. 757 (docketed in this court on November 19, 2008). Under these circumstances, there is no procedural impediment to entry of this order pursuant to the Mandate of the Eighth Circuit Court of Appeals.

THEREFORE, pursuant to the September 28, 2007, Mandate from the Eighth Circuit Court of Appeals in accordance with that court's opinion and judgment of July 30,

2007, defendant Angela Johnson's multiplicitous convictions and sentences on the charges of "conspiracy murder" in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2 in Counts 1 through 5 of the Superseding Indictment (docket no. 233) are **vacated**. An **Amended Judgment** shall enter accordingly.

**IT IS SO ORDERED.**

**DATED** this 11th day of June, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA