# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 01-3046-MWB |
| vs. | |
| ANGELA JOHNSON, | **ORDER REGARDING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM TO THE IOWA SECRETARY OF STATE** |
| Defendant. | |

_____

This case is before me on the defendant's October 1, 2012, Motion For Issuance Of Subpoena Duces Tecum To The Iowa Secretary Of State (docket no. 878). The defendant seeks a subpoena duces tecum compelling the Iowa Secretary of State to provide her with the following records, as to the list of prospective jurors provided by the State of Iowa to the Clerk of the United States District Court for the Northern District of Iowa:

> (1) the operations manual, computer program and/or other documentation describing the method by which the list of registered voters and the list of motor vehicle operators is merged and purged of duplicate names; (2) the operations manual, computer program and/or other documentation describing the method by which names are randomly selected from the voter registration list, supplemented by the list of motor vehicle operators, for each county that comprises the Northern District of Iowa, the master jury wheel, and the qualified jury wheel.

The defendant contends that this information is necessary to determine whether or not the jury selection procedures in this District comply with the requirement that jurors be drawn from a representative cross-section of the community and that this information is in the sole and exclusive possession of the Iowa Secretary of State. The defendant also represents that she is financially unable to pay the fees for issuance of this subpoena duces tecum, so she requests that the costs incurred by the process of obtaining and serving the subpoena and the fees for the information so subpoenaed be paid in the same manner in which similar fees and costs are paid in the case of a witness subpoenaed on behalf of the government and at no cost to her.

Some time ago, the Eighth Circuit Court of Appeals observed, "'[I]n order to warrant the issuance of a subpoena duces tecum [pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure], a party must show that (1) the subpoenaed document is relevant, (2) it is admissible, and (3) it has been requested with adequate specificity.'" *United States v. Oates*, 173 F.3d 651, 658 (8th Cir. 1999) (quoting *United States v. Hang*, 75 F.3d 1275, 1283 (8th Cir. 1996)); *accord United States v. Hardy*, 224 F.3d 752, 755 (8th Cir. 2000) (citing *United States v. Nixon*, 418 U.S. 683, 700 (1974)). These requirements are "minimal." *See Hardy*, 224 F.3d at 756. Even if these requirements are met, of course, the subpoena may still be quashed if "'compliance would be unreasonable or oppressive.'" *Id*. (quoting Rule 17(c)(2)). I conclude that the defendant has met the minimal requirements of "relevance" of the requested documents to her anticipated Motion To Challenge The Jury Selection Process; "admissibility" of documents maintained and used by the Iowa Secretary of State; and "adequate specificity" of her request, as quoted above. *Id*.; *Oates*, 173 F.3d at 658.

THEREFORE,

1. The defendant's October 1, 2012, Motion For Issuance Of Subpoena Duces Tecum To The Iowa Secretary Of State (docket no. 878) is **granted**, without prejudice to any motion by the recipient to quash the subpoena pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure.

2. Upon the electronic transmission of such subpoena duces tecum to the Clerk of Court for the Northern District of Iowa, the costs incurred by the process of obtaining and serving the subpoena and the fees for the information so subpoenaed shall be paid in the same manner in which similar fees and costs are paid in the case of a witness subpoenaed on behalf of the government and at no cost to the defendant.

3. The Clerk of Court shall provide notice of this Order and a copy of the defendant's October 1, 2012, Motion For Issuance Of Subpoena Duces Tecum To The Iowa Secretary Of State (docket no. 878) to the Iowa Secretary of State.

**IT IS SO ORDERED**.

**DATED** this 3rd day of October, 2012.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA