# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| UNITED STATES OF AMERICA, | No. CR 01-3046-MWB |
|---|---|
| Plaintiff, vs. | **RESENTENCING ORDER** |
| ANGELA JOHNSON, | |
| Defendant. | |

_____

This case is before me on the prosecution's December 17, 2014, Notice Of Withdrawal Of Death Penalty Notice (docket no. 1137), giving notice that the United States will not seek the death penalty against defendant Angela Johnson upon her conviction of five counts of violating 21 U.S.C. § 848(e), for participating in the murder of five people in furtherance of a continuing criminal enterprise, in her penalty phase "retrial," which is currently scheduled to begin on March 2, 2015. On April 4, 2014, defendant Angela Johnson filed her Waiver Of Sentence Of Less Than Life In Prison Without Possibility Of Release (docket no. 1022), which was signed by Johnson and her counsel, in which Johnson (1) expressly waived and gave up the right to a sentence less than life in prison without possibility of release if the jury did not return a death sentence in her penalty phase "retrial"; (2) expressly agreed not to request or receive any reduction in sentence and waived the right to file motions to reconsider or reduce her sentence from life in prison without possibility of release if a death sentence was not imposed by a jury; and (3) expressly agreed that her waiver would prevent her from challenging the effectiveness of her attorneys regarding the waiver of a sentence of less than life in prison without possibility of release if the jury did not return a death sentence.

I have consulted with the parties and, under these circumstances, the parties agree, and I find, that it is appropriate to enter a written sentence of life imprisonment without possibility of parole for Johnson's five murder convictions pursuant to 21 U.S.C. § 848(e), without the need for further sentencing proceedings.

THEREFORE, defendant Angela Johnson is sentenced to life without possibility of release on each of her convictions of participating in murder in furtherance of a continuing criminal enterprise in violation of 21 U.S.C. § 848(e) in Counts 6, 7, 8, 9, and 10, of the Second Superseding Indictment (docket no. 233). Defendant Johnson is committed to the custody of the Bureau of Prisons for the rest of her natural life.

**IT IS SO ORDERED**.

**DATED** this 22nd day of December, 2014.

*[signature: Mark W. Bennett]*
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA